IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

FEB 0 7 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. *17-30013-DRH* |
| | ) | |
| DAVID CANTU-CARLOS, | ) | |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Section 113(a)(3). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

**ASSAULT WITH A DANGEROUS WEAPON WITH THE INTENT TO DO BODILY INJURY**

On or about January 8, 2017, in Bond County, Illinois, within the Southern District of

Illinois,

### DAVID CANTU-CARLOS,

defendant herein, at a place within the territorial jurisdiction of the United States, namely, the

federal correctional institution at Greenville, Illinois, commonly known as FCI-Greenville, on

land acquired for the use of the United States and under its concurrent jurisdiction, intentionally

assaulted R.S-C. with a dangerous weapon with the intent to do bodily harm to R.S-C.; all in
violation of Title 18, United States Code, Section 113(a)(3).

**A TRUE BILL**

FOREPERSON

Angela Scott

ANGELA SCOTT
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommend Bond: Detention